IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| DAVID E. SHAFER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-4071-CV-C-SOW |
| | ) | |
| U.S. MARSHAL'S SERVICE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On May 21, 2007. United States Magistrate Judge William A. Knox recommended that plaintiff's claims against the U.S. Marshal's Service be dismissed, pursuant to 28 U.S.C. § 1915A, for failure to state a claim for which relief can be granted. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C).

The court has conducted a de novo review of the record, including the exceptions filed by plaintiff on June 4, 2007. The issues raised in plaintiff's exceptions were adequately addressed in the report and recommendation. The court is persuaded that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of May 21, 2007, is adopted. [6] It is further

ORDERED that plaintiff's claims against the U.S. Marshal's Service are dismissed, pursuant to 28 U.S.C. § 1915A, for failure to state a claim for which relief can be granted. It is further

ORDERED that the Clerk of Court send to plaintiff forms for filing a <u>Bivens</u> action.

/s/Scott O. Wright
SCOTT O. WRIGHT
Senior United States District Judge

Dated: September 19, 2007